```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
YOLANDA VIVAR, ET AL.,              :
                                    :
               Plaintiffs,          :            ORDER
                                    :
          -against-                 :      08 Civ. 9401 (RMB)(MHD)
                                    :
KIM'S FRUIT & VEGETABLE STORE,      :
INC., ET AL.,                       :
                                    :
               Defendants.          :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial conference having been held with counsel for the respective parties today, it is hereby **ORDERED** as follows:

1. Any application to amend the pleadings is to be filed by **June 30, 2009**.

2. All discovery is to be completed by **September 30, 2009**.

3. The parties are to submit a joint pre-trial order by **October 30, 2009**, unless a potentially dispositive motion has been served by that date.

**Dated: New York, New York**
       **June 5, 2009**

                              SO ORDERED.

                              _____
                              **MICHAEL H. DOLINGER**
                              **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

David Colodny, Esq.
Benjamin Charles Holt, Esq.
Urban Justice Center
123 William Street
16th Floor
New York, NY 10038

Edward Nathaniel Moss, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Lloyd Somer, Esq.
Law Offices of Lloyd Somer
330 Seventh Avenue, 15th Floor
New York, NY 10001